JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FLETCHER, Derivatively on Behalf of FUNKO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN MARIOTTI, JENNIFER FALL JUNG, RUSSELL NICKEL, GINO DELLOMO, MICHAEL LUNSFORD, CHARLES DENSON, ADAM KRIGER, KEN BROTMAN, SARAH KIRSHBAUM LEVY, and DIANE IRVINE,<br><br>Defendants,<br>-and-<br><br>FUNKO, INC.,<br><br>Nominal Defendant. | Case No. 2:20cv-10084-VAP-MAA<br><br>**ORDER VOLUNTARILY DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Judge: Virginia A. Phillips |

ORDER VOLUNTARILY DISMISSING ACTION

|   |   |
|---|---|
| 1 | Pursuant to the parties' Stipulation of Voluntary Dismissal Without |
| 2 | Prejudice, the Court hereby Orders that: |
| 3 | 1.   The Action is dismissed in its entirety without prejudice; |
| 4 | 2.   For the reasons stated above, no notice of this dismissal is required; and |
| 5 | 3.   The parties are to bear their own costs, fees, and expenses. |

IT IS SO ORDERED.

April 23, 2021  
DATED

*Virginia A. Phillips*  
HONORABLE VIRGINIA A. PHILLIPS  
JUDGE OF THE DISTRICT COURT

- 1 -

ORDER VOLUNTARILY DISMISSING ACTION